## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                                              Case No. 10-08661

      LEONARD J NORTON
      CASSANDRA S KING-NORTON
           Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/01/2010.

2) The plan was confirmed on 07/15/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/02/2010.

5) The case was dismissed on 12/17/2010.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,146.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $5,238.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$5,238.00** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $251.77 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,251.77** |

Attorney fees paid and disclosed by debtor:        $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIS SERVICES | Unsecured | 24.00 | 24.18 | 24.18 | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,333.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 0.00 | 1,171.61 | 1,171.61 | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,343.00 | 658.81 | 658.81 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 7,985.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,985.00 | 1,992.05 | 1,992.05 | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 934.00 | NA | NA | 0.00 | 0.00 |
| DCSE | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 10,899.41 | 10,899.41 | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 88,037.00 | 88,465.52 | 88,465.52 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| FAMILY SUPPORT DIVISION | Priority | 7,992.00 | 7,991.76 | 7,991.76 | 0.00 | 0.00 |
| FEDERAL CREDIT CORP | Unsecured | 227.00 | 181.59 | 181.59 | 0.00 | 0.00 |
| FEDERAL CREDIT CORP | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,225.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 7,794.97 | 7,794.97 | 7,794.97 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 14,327.54 | 14,327.54 | 14,327.54 | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 5,816.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTION | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 376.00 | 583.09 | 583.09 | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 687.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PREMIER BANKCARD/CHARTER | Unsecured | 263.00 | 263.10 | 263.10 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 359.00 | 359.70 | 359.70 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 70.00 | 70.00 | 70.00 | 0.00 | 0.00 |
| SUNTRUST MORTGAGE CO | Secured | 24,706.81 | 24,706.81 | 24,706.81 | 1,249.03 | 0.00 |
| SUNTRUST MORTGAGE CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 0.00 | 486.83 | 486.83 | 0.00 | 0.00 |
| TURNER ACCEPTANCE | Secured | 2,800.00 | 2,800.00 | 2,800.00 | 684.19 | 70.67 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 6,132.94 | 6,132.94 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 4,250.00 | 4,250.00 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 10,682.00 | 4,375.52 | 4,375.52 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 20,686.00 | 6,043.00 | 6,043.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTN | Secured | 3,750.00 | 3,750.00 | 3,750.00 | 886.88 | 95.46 |
| WELLS FARGO FINANCIAL ACCEPTN | Unsecured | NA | 1,678.17 | 1,678.17 | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING II | Unsecured | 2,365.00 | 3,716.46 | 3,716.46 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $24,706.81 | $1,249.03 | $0.00 |
| Debt Secured by Vehicle | $6,550.00 | $1,571.07 | $166.13 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,256.81** | **$2,820.10** | **$166.13** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $22,319.30 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$22,319.30** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$139,146.95** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,251.77 |
| Disbursements to Creditors | $2,986.23 |
| | |
| **TOTAL DISBURSEMENTS :** | **$5,238.00** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/22/2011                    By: /s/ Glenn Stearns
                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**